UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN GERALDO ZARATE CASTILLO,<br><br>        Petitioner,<br><br>    v.<br><br>M. E. SPEARMAN, Warden,<br><br>        Respondent. | No. 2:17-cv-02073-KJM-GGH<br><br>ORDER |

On April 23, 2018, this court issued an Order to Show Cause regarding petitioner's failure to file opposition or a statement of non-opposition to respondent's motion to dismiss pursuant to Eastern District of California Local Rule No. 230(c). ECF No. 18. On May 22, 2018 petitioner satisfactorily responded to the Order and filed his Opposition memorandum. ECF No. 19.

In light of the foregoing IT IS HEREBY ORDERED that:

The court's Order to Show Cause, ECF 18, is resolved.

Dated: May 25, 2018

                                    /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE